UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO J. VILLANUEVA, et al., | No. C-11-06712 DMR |
|     Plaintiffs, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING MOTION HEARING** |
|     v. | |
| COUNTRYWIDE HOME LOANS, et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for April 11, 2012 is CONTINUED to **May 10, 2012 at 11:00 a.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **April 30, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3. Further, the hearing on Defendants' motion to dismiss, previously noticed for May 10, 2012 at 10:00 a.m., is set for **May 10, 2012 at 11:00 a.m.**, to be held concurrently with the Initial Case Management Conference. The briefing deadlines on the motion to dismiss remain unchanged.

IT IS SO ORDERED.

Dated: March 29, 2012

DONNA M. RYU
United States Magistrate Judge