IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO J. VILLANUEVA, et al., | No. C 11-06712 JSW |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| COUNTRYWIDE HOME LOANS, et al., | |
| Defendants. | |

On May 4, 2012, the Court issued an Order granting Defendants' motion to dismiss and granting Plaintiffs one *final* opportunity to amend their complaint. Plaintiffs' amended complaint was due by June 1, 2012. On June 1, 2012, the Plaintiffs filed a document which the Court shall liberally construe as their amended complaint. That document fails to rectify the deficiencies identified by the Court in the Order dated May 4, 2012.

Like the original complaint and Plaintiffs' opposition to the Defendants' motion to dismiss, the amended complaint is largely incomprehensible, and it is impossible to discern any of the essential details of the events that triggered the lawsuit. As such the Court still cannot discern the nature of the federal question involved, if any, or whether Plaintiffs can demonstrate that there is complete diversity, meaning that the parties are citizens of different states, and that the amount at issue exceeds $75,000.

As the Court stated in its Order dated May 4, 2012, the failure to file a cognizable legal claim by June 1, 2012 would result in dismissal of this action with prejudice without further notice to Plaintiffs.

Accordingly, the Court HEREBY DISMISSES this action WITH PREJUDICE. The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 4, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VILLANUEVA et al,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS et al,

    Defendant.
_____/

Case Number: CV11-06712 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wynn Miller
5166 North 63
Milwaukee, WI 53218

Emilio J. Villanueva
Jean H. Villanueva
Vera C. H. Villanueva
3282 Red Leaf Court
Hayward, CA 94542

Dated: June 4, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk